UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22943-CIV-ROSENBAUM

SOHO, LLC, *a Florida limited liability company*,

       Plaintiff,

v.

SOHO SOUTH HOLLYWOOD SOCIAL CLUB, INC.,
*a Florida corporation*,

       Defendant.
_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

      This matter is before the Court *sua sponte* and upon a review of the case file. A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Pursuant to Federal Rule of Civil Procedure 41(b), a district court also may dismiss a complaint for failure to comply with a court order or the federal rules. *See id.*

      If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). In this case, Plaintiff filed its Complaint on August 15, 2013. D.E. 1. A returned executed summons was filed on August 28, 2013, indicating that Defendant Soho South Hollywood Social Club, Inc., was served on August 20, 2013. D.E. 5. Thus, Defendant's response to the Complaint was due on or before September 10, 2013. A review of the case file reveals that despite the fact that Defendant has failed to respond to the Complaint, Plaintiff has not yet moved for a clerk's default.

      Accordingly, it is **ORDERED AND ADJUDGED** that **on or before September 27, 2013**, Plaintiff shall either show cause why this case should not be dismissed for lack of prosecution or

shall move for a clerk's default.  A failure to timely respond may result in immediate dismissal of this case without prejudice.  If Plaintiff files and obtains a clerk default, it shall thereafter seek a default final judgment.  Along with the motion for default judgment, Plaintiff shall submit a proposed order granting the motion for default judgment that (1) includes the elements of the claims brought by Plaintiff, (2) identifies the facts alleged in the Complaint that establish each of the elements of Plaintiff's claims, and (3) sets forth the Plaintiff's damages.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of September 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record